THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00641-FL

| | |
|---|---|
| QUINTILES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| IRX THERAPEUTICS, INC. f/k/a IMMUNO-RX, INC. | ) |
| | ) |
| Defendants. | ) |

**ORDER STAYING ACTION PENDING ARBITRATION**

THIS MATTER is before the Court on Defendant's Motion to Compel Arbitration and to Dismiss or Stay, filed September 13, 2013. In response to the Motion, Plaintiff has consented to a stay of this matter and to submit the dispute to binding arbitration. In its Reply, Defendant also consents to a stay. After review of the record in this matter and the arguments of counsel, the Court finds that this matter should be stayed pending arbitration., and the motion (DE 5) dismissed as moot.

IT IS THEREFORE ORDERED, that this Matter is STAYED pending submission to and resolution of the dispute in arbitration as prescribed by the contract between the Parties., and the motion (DE 5) dismissed as moot.

This the  17th  day of October, 2013.

_____
Louise W. Flanagan,
United States District Judge
Eastern District of North Carolina